IN THE SUPREME COURT OF THE STATE OF NEVADA

LAKIESHA GIRODO,
                                    Appellant,
                        vs.
GREG GIRODO,
                                    Respondent.

No. 82328

FILED

APR 2 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DIRECTING PAYMENT OF SANCTIONS AND DISMISSING APPEAL

On March 31, 2021, this court entered an order imposing conditional sanctions on counsel for appellant, Michancy M. Cramer and Alex B. Ghibaudo, for failing to timely file and serve the docketing statement. This court directed counsel to pay the sum of $250 to the Supreme Court Law Library and provide this court with proof of such payment by April 14, 2021. However, the sanctions would be automatically vacated if appellant's counsel filed and served the docketing statement within the same time period. If the docketing statement was not timely filed, the sanctions would no longer be conditional and must be paid. The March 31, 2021, order also directed appellant to file and serve a transcript request form in this court by April 14, 2021. This court cautioned counsel that failure to comply with the order or any other filing deadlines could also result in Ms. Cramer's and Mr. Ghibaudo's referral to the State Bar of Nevada for investigation pursuant to SCR 104-10

On April 15, 2021, Ms. Cramer filed a notice of voluntarily dismissal of this appeal. Therein, Ms. Cramer does not mention the overdue documents or the conditional sanctions.

21-11720

Because appellant's counsel did not timely file the docketing statement, otherwise communicate with this court, or file the notice of withdrawal of appeal before the deadline for filing the docketing statement expired, the conditional sanctions are due. Counsel for appellant shall have 7 days from the date of this order to pay the sum of $250 to the Supreme Court Law Library and provide this court with proof of such payment. This court declines to refer counsel to the State Bar of Nevada at this time. However, failure to comply with this order will result in the imposition of additional sanctions that may include such a referral.

The notice of withdrawal of appeal is treated as a motion to voluntarily dismiss this appeal and granted. NRAP 42. This appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc:   Hon. Sandra L. Pomrenze, District Judge, Family Court Division
Alex B. Ghibaudo, PC.
Greg Girodo
Supreme Court Law Library
Eighth District Court Clerk